NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

AMERICA'S COLLECTIBLES NETWORK, INC.,
*Appellant*

**v.**

THE JEWELRY CHANNEL, INC. USA, DBA
LIQUIDATION CHANNEL,
*Appellee*

---

2016-1521

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2014-00119.

---

**JUDGMENT**

---

NEIL C. JONES, Nelson Mullins Riley & Scarborough, LLP, Greenville, SC, argued for appellant. Also represented by ASHLEY BOLAND SUMMER.

MICHAEL S. TURNER, Andrews Kurth Kenyon LLP, New York, NY, argued for appellee. Also represented by JAMES E. ROSINI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (DYK, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

          ENTERED BY ORDER OF THE COURT


| January 11, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |